UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAVID AGYEMANG,

          Petitioner,

  v.

LORETTA LYNCH, et al.,

          Respondents.

NO. C16-231-JLR-JPD

REPORT AND RECOMMENDATION

Petitioner David Agyemang, who is represented by counsel, initiated this 28 U.S.C. § 2241 habeas action to obtain release from immigration detention. The parties have filed a stipulated motion to dismiss, agreeing that this matter is resolved and should be dismissed without prejudice and without costs or fees to either party. Dkt. 8. Based on the parties' stipulation, the Court recommends entering an Order (1) granting the parties' stipulated motion to dismiss, Dkt. 8, and (2) dismissing this matter without prejudice and without an award of costs or fees to either party. A proposed Order accompanies this Report and Recommendation.

\\

\\

REPORT AND RECOMMENDATION - 1

The Clerk should note the matter as immediately ready for the Honorable James L. Robart's consideration.

DATED this 16th day of March, 2016.

*James P. Donohue*

JAMES P. DONOHUE
Chief United States Magistrate Judge

REPORT AND RECOMMENDATION - 2