UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID AGYEMANG,<br><br>Petitioner,<br><br>v.<br><br>LORETTA LYNCH, et al.,<br><br>Respondents. | NO. C16-231-JLR<br><br>ORDER OF DISMISSAL |

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, finds and Orders as follows:

1. The Court ADOPTS the Report and Recommendation.

2. The Court GRANTS the parties' stipulated motion to dismiss. Dkt. 8.

3. This matter is DISMISSED without prejudice and without an award of costs or fees to either party.

4. The Clerk shall send a copy of this Order to the parties and to Judge Donohue.

DATED this 16th day of March, 2016.

JAMES L. ROBART
United States District Judge

ORDER OF DISMISSAL- 1